IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHARLES EDWARD MOORE, | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| v. | § | No. 3:26-CV-0707-X-BK |
| | § | |
| DIRECTOR, TDCJ-CID, | § | |
| | § | |
| *Respondent*. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. (Doc. 12). No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. By separate judgment, the petitioner's case will be **DISMISSED WITHOUT PREJUDICE.**

**SO ORDERED** this this 30th day of June 2026.

BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

1